United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BEVERLY BARNETT, §
*Plaintiff,* §
 §
V. § CIVIL ACTION NO. 4:21-cv-1591
 §
KIA MOTORS AMERICA, INC., ET AL., §
*Defendants.* §

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 28, 2022 (ECF 41), and Plaintiff's objections (ECF 42, 44, 45), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and the Defendant's Motion for Summary is (ECF 29) is **GRANTED**.

This case is **DISMISSED WITH PREJUDICE.** The Court will enter a separate Final Judgment.

SIGNED at Houston, Texas this __9th__ day of November, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE